

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Deborah Bowen,                              * From the 32nd District
                                              Court of Fisher County,
                                              Trial Court No. 3313.

Vs. No. 11-13-00114-CR                       * April 30, 2015

The State of Texas,                          * Opinion by Wright, C.J.
                                              (Panel consists of: Wright, C.J.,
                                              Bailey, J., and McCall, sitting by
                                              assignment)
                                              (Willson, J., not participating)

     This court has inspected the record in this cause and concludes that there is no error in the judgment below.   Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.